RMT:PWB/CRH
F. #2016R01841

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  MAR 0 8 2017  ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

- against -

DMITRII KARPENKO
    also known as "Simon Fox," and
ALEXEY KRUTILIN
    also known as "David Powell,"

           Defendants.

– – – – – – – – – – – – – –X

INFORMATION

Cr. No. _____
(T. 18, U.S.C., §§ 981(a)(1)(C), 2 and
 3551 et seq.; T. 21, U.S.C., § 853(p);
T. 28, U.S.C., § 2461(c); T. 50, U.S.C.,
§§ 1705(a) and 1705(c))

THE UNITED STATES ATTORNEY CHARGES:

<u>CONSPIRACY TO VIOLATE THE INTERNATIONAL
EMERGENCY ECONOMIC POWERS ACT</u>

      1.    On or about and between February 1, 2015 and October 5, 2016, both

dates being approximate and inclusive, within the Eastern District of New York and

elsewhere, the defendants DMITRII KARPENKO, also known as "Simon Fox," and

ALEXEY KRUTILIN, also known as "David Powell," together with others, did willfully

conspire to export from the United States to Russia one or more items under the jurisdiction

of the Department of Commerce ("DOC"), to wit: microelectronics, without having obtained

the required license from the DOC, contrary to Title 50, United States Code, Sections

1705(a) and 1705(c).

      (Title 50, United States Code, Sections 1705(a) and 1705(c); Title 18, United

States Code, Sections 2 and 3551 et seq.)

2

## CRIMINAL FORFEITURE ALLEGATION

2.      The United States hereby gives notice to the defendants that, upon their

conviction of the charged offense, the government will seek forfeiture in accordance with

Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section

2461(c), which require any person convicted of such offenses to forfeit any property, real or

personal, constituting or derived from proceeds traceable to such offenses.

3.      If any of the above-described forfeitable property, as a result of any act

or omission of the defendants:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be

divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

3

to seek forfeiture of any property of the defendant up to the value of the forfeitable property

described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States

Code, Section 853(p); Title 28, United States Code, Section 2461(c))

ROBERT L. CAPERS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F. #2015R1579
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

DMITRII KARPENKO, also known
as "Simon Fox," and
ALEXEY KRUTILIN, also known as "David Powell,"

Defendants.

# INFORMATION

(T. 18, U.S.C., §§ 981(a)(1)(C), 2 and 3551 et seq.; T. 21, U.S.C., § 853(p);
T. 28, U.S.C., § 2461(c); T. 50, U.S.C. §§ 1705(a) and 1705(c))

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

_____

*Peter Baldwin & Craig Heeren , Assistant U.S. Attorneys (718) 254-7000*